PEOPLE v. FITZPATRICK et al.

(*Common Pleas of New York City and County, General Term.* February 1, 1892.)

Motion to vacate judgment entered on a forfeited recognizance against Francis J. Fitzpatrick, surety, and Frank A. Smith, principal.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*John M. Tierny,* for petitioner. *De Lancy Nicoll,* for the People.

PER CURIAM. On the former application it did not appear that the people had not been prejudiced by the delay, but, as that fact is now made to appear by the papers submitted on this application, the motion is granted, the forfeiture remitted, and judgment directed to be vacated.

---

ARNOLD, Respondent, v. METROPOLITAN EL. RY. Co. et al., Appellants.

(*Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from judgment on report of referee.

Action by Margaret Arnold against the Metropolitan Elevated Railroad Company and the Manhattan Railway Company for an injunction to restrain the maintenance and operation of defendants' elevated railway in the street abutting plaintiff's premises, and for damages. Defendants appeal from a judgment entered upon the report of a referee in favor of plaintiff. Affirmed.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Davies & Rapallo,* for appellants. *E. M. Felt,* for respondent.

McADAM, J. The judgment restrains the defendants from maintaining the elevated railway structure in front of the premises No. 875 Sixth avenue, unless the defendants, within a time specified, pay the plaintiff $2,000 and interest, for a release of the easement, and $880 as and for past damages for the six years preceding the commencement of the action. The evidence satisfactorily sustains the findings of the referee, and warrants the judgment rendered. No errors were committed during the trial which require a reversal, and the judgment appealed from must be affirmed, with costs.